## IN THE CIRCUIT COURT OF THE STATE OF OREGON
## FOR THE COUNTY OF MULTNOMAH

| | | |
|---|---|---|
| BRIAN EASON, | | ) |
| | Plaintiff, | ) No. 15CV28990 |
| | | ) |
| v. | | ) **SUMMONS** |
| | | ) |
| ELMER'S RESTAURANTS, INC., an Oregon corporation, | | ) |
| ELMER'S FRANCHISE SYSTEMS, INC., an Oregon | | ) |
| corporation, KARSAN, INC., a Washington corporation, | | ) |
| and SANDRA LEWIS, an individual, | | ) |
| | Defendants. | ) |

To: Defendant Karsan, Inc., c/o LPSL Corporate Services, Inc.,
1420 Fifth Avenue, Suite 4200, Seattle WA 98101-2375.

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff. If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 in Portland metropolitan area or toll free elsewhere in Oregon at (800) 453-7636.

_____
SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

Mark McDougal, OSB No. 890869
ATTORNEY'S/AUTHOR'S NAME and BAR NO.
Kafoury & McDougal
411 SW 2nd Ave, Ste 200
Portland OR 97204 (503) 224-2647

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

_____
ATTORNEY(S) FOR PLAINTIFF(S)

EXHIBIT 1

RECEIVED

Process
Service      NOV 13 2015
         LANE POWELL PC
TIME  3:00  ATTY  W. Lin

Signed for by.

Scott Campbell

10/27/2015 9:54:11 AM
15CV28990

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| BRIAN EASON,              ) | Case No.: |
|        Plaintiff,      ) | |
|                   ) | COMPLAINT FOR DISCRIMINATION |
|       v.               ) | (42 U.S.C. § 1981, 42 U.S.C. § 2000a, |
|                   ) | and RCWA 49.60.030) |
| ELMER'S RESTAURANTS, INC., an   ) | |
| Oregon corporation, ELMER'S      ) | NOT SUBJECT TO MANDATORY |
| FRANCHISE SYSTEMS, INC., an     ) | ARBITRATION |
| Oregon corporation, KARSAN, INC., a  ) | |
| Washington corporation, and SANDRA ) | PRAYER: $100,000 |
| LEWIS, an individual,          ) | ORS 21.160(1)(c) |
|                   ) | |
|        Defendants.    ) | JURY TRIAL DEMANDED |

Plaintiff demands a jury trial and alleges:

1.

Defendants Elmer's Restaurants, Inc., and Elmer's Franchise Systems, Inc., (hereinafter, "Elmer's Restaurants") are and at all times mentioned herein have been Oregon corporations engaged in the restaurant business, including four restaurants located in Multnomah County, Oregon and a restaurant located at 7105 NE 40th St., Vancouver, WA near Andresen Road (hereinafter "the Andresen Elmer's"). Elmer's Restaurants conducts regular, sustained business activity in Multnomah County and is headquartered in Multnomah County.

2.

Defendant Karsan, Inc. (hereinafter, "Karsan") is and at all times mentioned herein has been a Washington corporation engaged in the

PAGE 1 –    COMPLAINT FOR DISCRIMINATION

KAFOURY & McDOUGAL
411 SW 2nd Ave., Suite 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

1  restaurant business.  Karsan owns and operates the Andresen Elmer's, which

2  is an Elmer's Restaurants franchise.  At all times mentioned herein, the agents

3  and employees of Karsan, including but not limited to Lewis and Hope

4  mentioned in paragraphs 3 and 4 below, were actual or apparent agents of

5  Elmer's Restaurants.

6                                    3.

7      Defendant Sandra Lewis (hereinafter, "Lewis") is and at all times

8  mentioned herein has been co-owner, president, chairman, and director of

9  Karsan.

10                                   4.

11      On or about December 16, 2014, plaintiff was a customer at the

12  Andresen Elmer's.  He had chosen this restaurant because it was not far from

13  his realty office, and he wanted a quiet place to enjoy breakfast while writing

14  out Christmas cards for his client list.  He was seated at a table and prepared

15  to order his meal.  The waitress, a woman named Hope, took his order, but

16  demanded that he prepay for his meal.  The plaintiff asked why, and the

17  waitress explained that she was acting on instructions from the owner, a

18  woman later identified as Lewis.  The waitress apologized, acknowledging that

19  the policy was racist but continuing to demand prepayment.  The plaintiff

20  prepaid as was demanded of him.

21                                   5.

22      Other customers present in the restaurant that morning, who were

23  Caucasian, were not required to prepay for their meals.

24  //

25  //

26  //

PAGE 2 –    COMPLAINT FOR DISCRIMINATION

1    FOR A FIRST CLAIM FOR RELIEF FOR DISCRIMINATION, plaintiff

2  alleges:

3                                    6.

4    Plaintiff realleges and incorporates by reference paragraphs 1 through 5,

5  above.

6                                    7.

7    Plaintiff is African-American.  At all times mentioned herein, plaintiff was

8  well and appropriately dressed.  Plaintiff is employed as a sheriff's deputy in

9  Multnomah County, and as a realtor.

10                                   8.

11    The Andresen Elmer's is and at all times mentioned herein has been a

12  place of public accommodation within the meaning of RCWA 49.60.030.  At

13  least part of the motivation for the above-described conduct by defendant

14  Elmer's Restaurants' employees and agents was the plaintiff's race.

15                                   9.

16    The above-described conduct violates RCWA 49.60.030, which prohibits

17  discrimination in places of public accommodation on account of race.

18                                   10.

19    As a result of the above-described discrimination, plaintiff suffered loss

20  of sleep and feelings of racial stigmatization, and continues to suffer, and will

21  in the future suffer from feelings of racial stigmatization, all to his noneconomic

22  damages in the amount of $100,000.

23                                   11.

24    Plaintiff is entitled to costs and reasonable attorney fees pursuant to

25  RCWA 49.60.030.

26

PAGE 3 –    COMPLAINT FOR DISCRIMINATION

KAFOURY & McDOUGAL
411 SW 2nd Ave., Suite 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

1  FOR A SECOND CLAIM FOR RELIEF FOR DISCRIMINATION, plaintiff
2  alleges:
3                                12.
4  Plaintiff realleges and incorporates by reference paragraphs 1 through 7,
5  above.
6                                13.
7  The Andresen Elmer's is and at all times mentioned herein has been a
8  place of public accommodation within the meaning of 42 U.S.C. § 2000a.  At
9  least part of the motivation for the above-described conduct by defendant
10  Elmer's Restaurants' employees and agents was the plaintiff's race.
11                                14.
12  The above-described conduct violates 42 U.S.C. § 2000a, which prohibits
13  discrimination in places of public accommodation on account of race.
14                                15.
15  Plaintiff is entitled to injunctive relief, along with costs and reasonable
16  attorney fees pursuant to 42 U.S.C. § 2000a.
17  FOR A THIRD CLAIM FOR RELIEF FOR DISCRIMINATION, plaintiff
18  alleges:
19                                16.
20  Plaintiff realleges and incorporates by reference paragraphs 1 through 7,
21  above.
22                                17.
23  The above-described conduct violates 42 U.S.C. § 1981, which prohibits
24  interference with the right to make and enforce contracts on account of race.
25  //
26  //

PAGE 4 –    COMPLAINT FOR DISCRIMINATION

KAFOURY & McDOUGAL
411 SW 2nd Ave., Suite 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

18.

As a result of the above-described discrimination, plaintiff suffered loss of sleep and feelings of racial stigmatization, and continues to suffer, and will in the future suffer from feelings of racial stigmatization, all to his noneconomic damages in the amount of $100,000.

19.

Plaintiff is entitled to costs and reasonable attorney fees pursuant to 42 U.S.C. § 1988.

20.

Plaintiff is entitled to punitive damages.

WHEREFORE, plaintiff prays for judgment against defendants in the amount of $100,000 in noneconomic damages, for punitive damages, for reasonable attorney fees pursuant to 42 U.S.C. § 1981 and RCWA 49.60.030, for injunctive relief and reasonable attorney fees pursuant to 42 U.S.C. § 2000a, and for costs and disbursements necessarily incurred herein.

Dated:  October 26, 2015.

/s/ Mark McDougal

Gregory Kafoury, OSB #741663
kafoury@kafourymcdougal.com
Mark McDougal, OSB # 890869
mcdougal@kafourymcdougal.com
Jason Kafoury, OSB #091200
jkafoury@kafourymcdougal.com
Attorneys for Plaintiff

PAGE 5 –    COMPLAINT FOR DISCRIMINATION



RECEIVED

Process
Service  NOV 13 2015
LANE POWELL PC
TIME _3.00_ ATTY _W. LIN_

Signed for by.

Scott Campbell

## IN THE CIRCUIT COURT OF THE STATE OF OREGON
## FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| BRIAN EASON,<br><br>                        Plaintiff,<br><br>v.<br><br>ELMER'S RESTAURANTS, INC., an Oregon corporation,<br>ELMER'S FRANCHISE SYSTEMS, INC., an Oregon<br>corporation, KARSAN, INC., a Washington corporation,<br>and SANDRA LEWIS, an individual,<br><br>                        Defendants. | )<br>)<br>)<br>)  No. 15CV28990<br>)<br>)  **SUMMONS**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

To: Defendant Sandra Lewis,
7105 NE 40th Street, Vancouver WA 98661.

      You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!**

    You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff. If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 in Portland metropolitan area or toll free elsewhere in Oregon at (800) 453-7636.

_____
SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

Mark McDougal, OSB No. 890869
ATTORNEY'S/AUTHOR'S NAME and BAR NO.
Kafoury & McDougal
411 SW 2nd Ave, Ste 200
Portland OR 97204 (503) 224-2647

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

_____
ATTORNEY(S) FOR PLAINTIFF(S)

EXHIBIT 2

10/27/2015 9:54:11 AM
15CV28990



RECEIVED

DEC 11 2015

LANE POWELL PC
TIME 10:38 ATTY W. Lin
Received via Fax

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| BRIAN EASON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELMER'S RESTAURANTS, INC., an<br>Oregon corporation, ELMER'S<br>FRANCHISE SYSTEMS, INC., an<br>Oregon corporation, KARSAN, INC., a<br>Washington corporation, and SANDRA<br>LEWIS, an individual,<br><br>　　　　Defendants. | Case No.:<br><br>COMPLAINT FOR DISCRIMINATION<br>(42 U.S.C. § 1981, 42 U.S.C. § 2000a,<br>and RCWA 49.60.030)<br><br>NOT SUBJECT TO MANDATORY<br>ARBITRATION<br><br>PRAYER: $100,000<br>ORS 21.160(1)(c)<br><br>JURY TRIAL DEMANDED |

Plaintiff demands a jury trial and alleges:

1.

Defendants Elmer's Restaurants, Inc., and Elmer's Franchise Systems, Inc., (hereinafter, "Elmer's Restaurants") are and at all times mentioned herein have been Oregon corporations engaged in the restaurant business, including four restaurants located in Multnomah County, Oregon and a restaurant located at 7105 NE 40th St., Vancouver, WA near Andresen Road (hereinafter "the Andresen Elmer's"). Elmer's Restaurants conducts regular, sustained business activity in Multnomah County and is headquartered in Multnomah County.

2.

Defendant Karsan, Inc. (hereinafter, "Karsan") is and at all times mentioned herein has been a Washington corporation engaged in the

PAGE 1 –　COMPLAINT FOR DISCRIMINATION

KAFOURY & McDOUGAL
411 SW 2nd Ave., Suite 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

1   restaurant business. Karsan owns and operates the Andresen Elmer's, which

2   is an Elmer's Restaurants franchise. At all times mentioned herein, the agents

3   and employees of Karsan, including but not limited to Lewis and Hope

4   mentioned in paragraphs 3 and 4 below, were actual or apparent agents of

5   Elmer's Restaurants.

6                      3.

7       Defendant Sandra Lewis (hereinafter, "Lewis") is and at all times

8   mentioned herein has been co-owner, president, chairman, and director of

9   Karsan.

10                      4.

11       On or about December 16, 2014, plaintiff was a customer at the

12   Andresen Elmer's. He had chosen this restaurant because it was not far from

13   his realty office, and he wanted a quiet place to enjoy breakfast while writing

14   out Christmas cards for his client list. He was seated at a table and prepared

15   to order his meal. The waitress, a woman named Hope, took his order, but

16   demanded that he prepay for his meal. The plaintiff asked why, and the

17   waitress explained that she was acting on instructions from the owner, a

18   woman later identified as Lewis. The waitress apologized, acknowledging that

19   the policy was racist-but continuing to demand prepayment. The plaintiff

20   prepaid as was demanded of him.

21                      5.

22       Other customers present in the restaurant that morning, who were

23   Caucasian, were not required to prepay for their meals.

24   //

25   //

26   //

PAGE 2 –    COMPLAINT FOR DISCRIMINATION

KAPOURY & McDOUGAL
411 SW 2nd Ave., Suite 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

1  FOR A FIRST CLAIM FOR RELIEF FOR DISCRIMINATION, plaintiff

2  alleges:

3  6.

4  Plaintiff realleges and incorporates by reference paragraphs 1 through 5,

5  above.

6  7.

7  Plaintiff is African-American. At all times mentioned herein, plaintiff was

8  well and appropriately dressed. Plaintiff is employed as a sheriff's deputy in

9  Multnomah County, and as a realtor.

10  8.

11  The Andresen Elmer's is and at all times mentioned herein has been a

12  place of public accommodation within the meaning of RCWA 49.60.030. At

13  least part of the motivation for the above-described conduct by defendant

14  Elmer's Restaurants' employees and agents was the plaintiff's race.

15  9.

16  The above-described conduct violates RCWA 49.60.030, which prohibits

17  discrimination in places of public accommodation on account of race.

18  10.

19  As a result of the above-described discrimination, plaintiff suffered loss

20  of sleep and feelings of racial stigmatization, and continues to suffer, and will

21  in the future suffer from feelings of racial stigmatization, all to his noneconomic

22  damages in the amount of $100,000.

23  11.

24  Plaintiff is entitled to costs and reasonable attorney fees pursuant to

25  RCWA 49.60.030.

26

PAGE 3 –   COMPLAINT FOR DISCRIMINATION

KAFOURY & McDOUGAL
411 SW 2nd Ave., Suite 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

1    FOR A SECOND CLAIM FOR RELIEF FOR DISCRIMINATION, plaintiff

2  alleges:

3                                    12.

4    Plaintiff realleges and incorporates by reference paragraphs 1 through 7,

5  above.

6                                    13.

7    The Andresen Elmer's is and at all times mentioned herein has been a

8  place of public accommodation within the meaning of 42 U.S.C. § 2000a. At

9  least part of the motivation for the above-described conduct by defendant

10  Elmer's Restaurants' employees and agents was the plaintiff's race.

11                                    14.

12    The above-described conduct violates 42 U.S.C. § 2000a, which prohibits

13  discrimination in places of public accommodation on account of race.

14                                    15.

15    Plaintiff is entitled to injunctive relief, along with costs and reasonable

16  attorney fees pursuant to 42 U.S.C. § 2000a.

17    FOR A THIRD CLAIM FOR RELIEF FOR DISCRIMINATION, plaintiff

18  alleges:

19                                    16.

20    Plaintiff realleges and incorporates by reference paragraphs 1 through 7,

21  above.

22                                    17.

23    The above-described conduct violates 42 U.S.C. § 1981, which prohibits

24  interference with the right to make and enforce contracts on account of race.

25  //

26  //

PAGE 4 –    COMPLAINT FOR DISCRIMINATION

KAFOURY & McDOUGAL
411 SW 2nd Ave., Suite 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

18.

As a result of the above-described discrimination, plaintiff suffered loss of sleep and feelings of racial stigmatization, and continues to suffer, and will in the future suffer from feelings of racial stigmatization, all to his noneconomic damages in the amount of $100,000.

19.

Plaintiff is entitled to costs and reasonable attorney fees pursuant to 42 U.S.C. § 1988.

20.

Plaintiff is entitled to punitive damages.

WHEREFORE, plaintiff prays for judgment against defendants in the amount of $100,000 in noneconomic damages, for punitive damages, for reasonable attorney fees pursuant to 42 U.S.C. § 1981 and RCWA 49.60.030, for injunctive relief and reasonable attorney fees pursuant to 42 U.S.C. § 2000a, and for costs and disbursements necessarily incurred herein.

Dated:  October 26, 2015.

/s/ Mark McDougal

Gregory Kafoury, OSB #741663
kafoury@kafourymcdougal.com
Mark McDougal, OSB #890869
mcdougal@kafourymcdougal.com
Jason Kafoury, OSB #091200
jkafoury@kafourymcdougal.com
Attorneys for Plaintiff

PAGE 5 –    COMPLAINT FOR DISCRIMINATION

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2015, I caused to be served a copy of the foregoing DEFENDANTS KARSAN, INC. AND SANDRA LEWIS'S NOTICE OF REMOVAL on the following person(s) in the manner indicated below at the following address(es):

Gregory Kafoury, Esq.
Mark Gillis McDougal, Esq.
*mcdougal@kafourymcdougal.com*
Jason Llewellyn Kafoury, Esq.
Kafoury & McDougal
411 SW Second Avenue, Suite 200
Portland, OR 97204-3408

Elizabeth E. Lampson, Esq.
*elampson@davisrothwell.com*
Davis Rothwell Earle & Xochihua P.C.
111 Southwest Fifth Avenue, Suite 2700
Portland, Oregon  97205-3650

☑    **by CM/ECF**
☑    **by Electronic Mail**
☐    **by Facsimile Transmission**
☑    **by First Class Mail**
☐    **by Hand Delivery**
☐    **by Overnight Delivery**

Joanna R. Brody

PAGE 4 -    DEFENDANTS KARSAN, INC. AND SANDRA LEWIS'S NOTICE OF
                REMOVAL