Ryan J. McLellan, OSB No. 023908
rmclellan@smithfreed.com
Stephen R. Rasmussen, OSB No. 871480
stephenr@smithfreed.com
Smith Freed Eberhard P.C.
111 SW Fifth Avenue, Suite 4300
Portland, Oregon 97204
Telephone: 503-227-2424
Facsimile: 503-227-2535

    Of Attorneys for Defendants Karsan, Inc.
    and Sandra Lewis

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| BRIAN EASON,<br><br>               Plaintiff,<br><br>vs.<br><br>ELMER'S RESTAURANTS, INC., an Oregon corporation, ELMER'S FRANCHISE SYSTEMS, INC., an Oregon corporation, KARSAN, INC., a Washington corporation, and SANDRA LEWIS, an individual,<br><br>               Defendants. | Case No. 3:15-cv-02335-SI |

    Based upon the stipulation of the parties and signed on behalf of each party's counsel indicated below, and it appearing to the Court that this matter has been fully compromised and settled, it is hereby

///

///

STIPULATED GENERAL JUDGMENT OF DISMISSAL — Page 1

ORDERED that a general judgment of dismissal be entered with prejudice and without costs to the parties.

DATED this _____ day of _____, 2017.

_____
U.S. DISTRICT COURT JUDGE

IT IS SO STIPULATED:

4-18-17
DATED

_____
Adam A. Kiel, OSB No. 091231
Of Attorneys for Plaintiff

5/2/17
DATED

_____
Ryan J. McLellan, OSB No. 023908
Of Attorneys for Defendants Karsan, Inc. and
Sandra Lewis

5/2/17
DATED

_____
Cari E. Waters, OSB No. 042240
Of Attorneys for Defs. Elmer's Restaurants, Inc.
and Elmer's Franchise Systems, Inc.

STIPULATED GENERAL JUDGMENT OF DISMISSAL — Page 2

SMITH FREED EBERHARD P.C.
111 S.W. Fifth Avenue, Suite 4300
Portland, Oregon 97204
T: (503) 227-2424
F: (503) 227-2535